## BUILDERS' SUPPLY CO., Inc., v. LOREAUVILLE SUGAR FACTORY, Inc., et al.
### No. 1359.

Court of Appeal of Louisiana. First Circuit.
Oct. 3, 1934.

Burke & Smith, of New Iberia, for appellants.

Voorhies & Labbe, of Lafayette, for appellee.

LE BLANC, Judge.

For the reasons stated in the opinion this day handed down in the case of E. P. Folse v. Loreauville Sugar Factory, Inc. (La. App.) 156 So. 667, with which this case had been consolidated for the purpose of trial and submission, it is ordered that the judgment herein appealed from be, and the same is hereby, affirmed, at the costs of the appellants.